

**NUMBER 13-15-00094-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

FADI ALFAYOUMI, Appellant,

v.

THARWAH ALZOUBI, Appellee.

---

### On Appeal from the 197th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellee's retained counsel, Angela P. Nix, has filed a motion to withdraw as counsel. We grant said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellee, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellee is directed to notify the Court promptly if she retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, email address, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.  In the interim, the Court expects this appeal to proceed as per the appellate rules.   Appellee is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed this the
22nd day of April, 2015.